# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

STANLEY BERNARD GASTON,                                        PETITIONER
ADC# 97587

v.                        NO. 5:13CV00310 JLH/BD

RAY HOBBS, Director,
Arkansas Department of Correction                              RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, Stanley Bernard Gaston's 28 U.S.C. § 2254 petition for writ of habeas corpus is DENIED and DISMISSED, with prejudice.

IT IS SO ORDERED this 10th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE