**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

STANLEY BERNARD GASTON,                                                  PETITIONER
ADC# 97587

v.                                   NO. 5:13CV00310 JLH/BD

RAY HOBBS, Director,
Arkansas Department of Correction                                        RESPONDENT

<u>**JUDGMENT**</u>

In accordance with the Court's Order entered this date, Stanley Bernard Gaston's

28 U.S.C. § 2254 petition for writ of habeas corpus is DENIED and DISMISSED, with

prejudice.

IT IS SO ORDERED this 10th day of January, 2014.


_____
UNITED STATES DISTRICT JUDGE